# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:17-cr-00015-SAB |
| ) |           1:16-po-00363-SAB |
| Plaintiff, ) | |
| v. ) | **DEFENDANT'S STATUS REPORT ON** |
| ) | **SUPERVISED RELEASE** |
| KEVIN M. PAP, ) | |
| ) | |
| Defendant. ) | |
| ) | |

       PURSUANT to an order of this Court the Defendant hereby submits his status report on supervised release:

       **Convicted of:**         Assault against a person, in violation of 18 USC § 113(a)(4)

       **Sentence Date:**         January 19, 2017

       **Review Hearing Date:**    May 3, 2018

       **Supervised Release Expires On:** August 21, 2018

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒    **Obey all federal, state and local laws**; and

☒    **Monetary Fines & Penalties in Total Amount of:** $1,225 ($1,200 restitution; $25 special assessment)

☒    **Other Conditions:** Complete 52 week domestic violence Batter's Intervention Course

### *COMPLIANCE:*

☐    Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒    Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒    To date, Defendant has paid a total of $ 525.00[1]
       ☒ If not paid in full when was last time payment:    Date:    March 7, 2018
                                                                                 Amount:    $100.00

☒    Compliance with Other Conditions of Probation: Mr. Pap's probation officer, Laura De Villar, reports that Mr. Pap is in full compliance with his 52-week domestic violence course.

### *GOVERNMENT POSITION:*

---

[1] Mr Pap has made an additional $100 payment in April 2018 that is not currently reflected on his financial inquiry report.

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

>*//s// Darin Rock*
> Darin Rock
> Special Assistant United States Attorney

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 5/3/2018 at 10:00 a.m.

    ☒ be continued to <u>08/02/2018</u> at 10:00 a.m.; or

    ☐ be vacated.

DATED: 4/20/2018

>*/s/ Andrew Wong*
> DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED.

☒ DENIED. Defendant was ordered to pay his restitution in a lump sum which has not been done. He is ordered to submit his financial records to the courts, including bank statements and credit card statements and any additional justification as to why restitution was not paid in a lump sum. Such documents shall be submitted on or before May 1, 2018.

IT IS SO ORDERED.

Dated: **April 24, 2018**

                                       UNITED STATES MAGISTRATE JUDGE