# IN THE UNITED STATES DISTRICT COURT
# For The
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN M. PAP,

    Defendant.

Case No. 1:17-cr-00015-SAB
            1:16-po-00363-SAB

**DEFENDANT'S STATUS REPORT ON SUPERVISED RELEASE**

PURSUANT to an order of this Court the Defendant hereby submits his status report on supervised release:

    **Convicted of:** Assault against a person, in violation of 18 USC § 113(a)(4)

    **Sentence Date:** January 19, 2017

    **Review Hearing Date:** July 12, 2018

    **Supervised Release Expires On:** August 21, 2018

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☒     **Monetary Fines & Penalties in Total Amount of:** $1,225 ($1,200 restitution; $25 special assessment)

☒     **Other Conditions:** Complete 52 week domestic violence Batter's Intervention Course

## *COMPLIANCE:*

☐     Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒     Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒     To date, Defendant has paid his fine in full.
        ☐ If not paid in full when was last time payment:     Date:
                                                                   Amount:

☒     Compliance with Other Conditions of Probation: Mr. Pap reports that he is in full compliance with his 52-week domestic violence course.

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

> *//s//Michael Tierney*
> Michael Tierney
> Special Assistant United States Attorney

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 7/12/2018 at 10:00 a.m.

 ☐ be continued to 08/02/2018 at 10:00 a.m.; or

 ☒ be vacated.

DATED: 7/5/2018      */s/ Hope Alley*
                DEFENDANT'S COUNSEL

## **O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒   GRANTED. The Court orders that the Review Hearing be vacated.

☐   DENIED.

IT IS SO ORDERED.

Dated: **July 10, 2018**
                UNITED STATES MAGISTRATE JUDGE